UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                       :

NAUTILUS INSURANCE COMPANY,          :

            Plaintiff,       :

                       :       25 Civ. 8200 (JPC)

    -v-                :

                       :        ORDER

JAMES RIVER INSURANCE COMPANY, *et al.*,  :

            Defendants.    :

                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On November 3, 2025, Defendants requested that the Court extend their deadline to answer the Complaint by thirty days.  Dkt. 11.  The Court granted that request on November 4, 2025, and ordered Defendants to respond to the Complaint by December 5, 2025.  Dkt. 12.  That deadline has passed, and the docket does not reflect a response to the Complaint.  Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint to December 11, 2025.  If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by December 18, 2025.

       SO ORDERED.

Dated: December 8, 2025
      New York, New York                                JOHN P. CRONAN
                                              United States District Judge