UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
                                       :

NAUTILUS INSURANCE COMPANY,       :

                                       :

                Plaintiff,        :

                                       :

          -v-                  :              25 Civ. 8200 (JPC)

                                       :

JAMES RIVER INSURANCE COMPANY, *et al.*,   :             ORDER

                                       :

             Defendants.      :

                                       :

------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

On December 12, 2025, the Court ordered the parties to submit, one week before the initial pretrial conference, a joint letter with, among other things, a description of the case and a status update on any settlement talks. Dkt. 15. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. at 2. The conference is scheduled for January 8, 2026, at 2:00 p.m. *Id.* at 1. Therefore the joint letter and proposed case management plan and scheduling order were due on January 2, 2026 (accounting for the holiday on New Year's Day). The parties failed to submit either.

By January 6, 2026, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 15. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

      SO ORDERED.

Dated: January 5, 2026
      New York, New York                              _____

                                              JOHN P. CRONAN
                                      United States District Judge